

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00005-CV

| | | |
|---|---|---|
| STEPHAN D. HWANG, Appellant | § | On Appeal from County Court at Law No. 2 |
| | § | |
| V. | | of Denton County (CV-2018-00578) |
| | § | |
| | | April 2, 2020 |
| CAPITAL ONE NATIONAL ASSOCIATION, Appellee | § | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed, and the case is remanded to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Capital One National Association shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bonnie Sudderth
Chief Justice Bonnie Sudderth